FILED

September 5, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          Case No. 2:13-cr-00296-KJM
                               )
v.                             )
                               )
CINDY HUNTER,                  )          ORDER FOR RELEASE OF
                               )          PERSON IN CUSTODY
            Defendant.         )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CINDY HUNTER, Case No. 2:13-cr-00296-

KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $75,000.00.

        _X_   Co-Signed Unsecured Appearance Bond

        ___   Secured Appearance Bond

        _X_   (Other) Conditions as stated on the record.

        _X_   (Other) The defendant is to be released on 9/6/2013 at 9:00 a.m. to the Pretrial Services

        Officer.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  9/5/2013   at  2:55 p.m.

By  _____

        Edmund F. Brennan
        United States Magistrate Judge