DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Cindy Hunter

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:13-CR-00296 KJM |
|---|---|
| Plaintiff, | ) STIPULATION FOR MODIFICATIONOF<br>) PRETRIAL RELEASE CONDITIONS |
| vs. | ) |
| CINDY HUNTER, | ) |
| Defendant | ) |

The parties hereby stipulate that in addition to the previously ordered conditions of pretrial release for Cindy Hunter, the following conditions be ordered:

Due to the location of the defendant's residence in Chico, California, it is respectfully recommended that the following special condition be removed:

16.  Upon successful completion of the residential program, you shall participate in a cognitive behavior treatment program as directed by the pretrial services officer.  Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

Pretrial Services and the assigned government prosecutor do not oppose this modification.

All other terms and conditions of pretrial release previously imposed remain in effect.

Stipulation and Order - 1

|   |   |
|---|---|
|   | Respectfully Submitted |
| Dated this 12th day of March, 2014 | By:  /s/ Danny D. Brace, Jr,<br>DANNY D. BRACE, JR.,<br>Attorney for Cindy Hunter |
|   | By:  /s/ Justin Lee<br>Authorized to Sign for Justin Lee on March 12, 2014<br>JUSTIN LEE<br>Attorney for the United States |

IT IS SO ORDERED:

Dated:  March 13, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Hunte0296.stipo.modify.cor